**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-7813**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

GREGORY ALLEN MILTON,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Samuel G. Wilson, Chief District
Judge.  (CR-95-74, CA-00-31-7)

_____

Submitted:  February 22, 2002      Decided:  April 12, 2002

_____

Before LUTTIG, TRAXLER, and KING, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Gregory Allen Milton, Appellant Pro Se.  Thomas Jack Bondurant,
Jr., Assistant United States Attorney, Roanoke, Virginia, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Gregory Allen Milton seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001), denying a subsequent motion for reconsideration, and denying his motion for a certificate of appealability.[*] We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Milton's motion to place his appeal in abeyance, deny a certificate of appealability, and dismiss the appeal on the reasoning of the district court. See United States v. Milton, Nos. CA-95-74; CA-00-31-7 (W.D. Va. Aug. 1, 2001; Aug. 30, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Milton appeals the denial of his motion for a certificate of appealability by a magistrate judge, correctly noting that the magistrate judge was without authority to enter a final order disposing of his motion. See 28 U.S.C.A. § 636 (West 1993 & Supp. 2001). While the magistrate judge lacked jurisdiction to enter a final order on this post-judgment motion, we find relief is not warranted, as we have considered Milton's motion for a certificate of appealability and determined it to be without merit. See Fed. R. App. P. 22(b)(2).